IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NANCY BLAKE,<br><br>                       Plaintiff,<br><br>          V.<br><br>CC MEDICAL TRANSPORT, INC.;<br>CHE"CK"ER CAB OF CENTRAL OREGON,<br>INC.; CANNON F. BRAATZ,<br><br>                       Defendants. | 6:17-cv-00129-JR<br><br>JUDGMENT |

      This action is dismissed with prejudice. The parties shall bear their own costs and attorneys' fees.

      Dated this 7th day of November 2017.

                                                               s/Jolie A. Russo_____
                                                               JOLIE A. RUSSO
                                                               United States Magistrate Judge